IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSE ALAN FRANK, | ) | 4:14CV3184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MADISON COUNTY SHERIFFS | ) | |
| DEPARTMENT, TERRY KOTROUS, | ) | |
| BILL KUCERA, JOHN DOES 1-20, and | ) | |
| JANE DOES 1-20. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing No. 18.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Leave to proceed in forma pauperis is granted.

2. Petitioner's renewed request for the appointment of counsel (Filing No. 15) is denied without prejudice to reassertion for the reasons provided in the court's order dated December 30, 2014. (*See* Filing No. 11.) The court will reconsider the question of whether counsel should be appointed upon review of Plaintiff's Amended Complaint.

DATED this 2nd day of March, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.