# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JESSE ALAN FRANK,** | |
| **Plaintiff,** | **4:14CV3184** |
| vs. | |
| **TERRY KOTROUS, Captain, and BILL KUCERA, Sergeant, in their individual and official capacities,** | **ORDER** |
| **Defendants.** | |

This matter is before the court on the Motion to Incur Expenses from Federal Practice Fund (Filing No. 38).[1] The court has reviewed the expense sheet. In order to determine whether preapproval of the plaintiff's proposed expenses is appropriate, the court requires additional information. First, the court requires an updated financial affidavit from the plaintiff. The plaintiff remains responsible for litigation expenses even if the court allows the client to proceed *in forma pauperis* and appoints counsel. The plaintiff can locate the financial affidavit at http://www.ned.uscourts.gov/forms. Second, the court requires, in accordance with Section 1(b)(i) of Attachment A to the Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee[2] a detailed explanation "setting forth the purposes for incurring the expenses . . . and explaining efforts to keep that amount to a minimum and to obtain funds from other sources." The plaintiff may submit the explanation *ex parte*. After receipt of such information, the court will review the plaintiff's request.

**IT IS SO ORDERED.**

Dated this 2nd day of July, 2015.

> BY THE COURT:
>
> s/ Thomas D. Thalken
> United States Magistrate Judge

---

[1] The document is titled Projected Expense Sheet, although on CM/ECF the document is titled Motion to Incur Expenses from Federal Practice Fund.
[2] http://www.ned.uscourts.gov/attorney/federal-practice-committee