IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE ALAN FRANK,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TERRY KOTROUS, Captain, and<br>BILL KUCERA, Sergeant, in their<br>individual and official capacities,<br><br>　　　　　　Defendants. | 4:14CV3184<br><br>ORDER |

This matter is before the court on the plaintiff's Motion to Incur Expenses from Federal Practice Fund (Filing No. 38).[1] The court previously requested additional information from the plaintiff and plaintiff's counsel regarding the proposed expenses. **See** Filing No. 39 - Order. The plaintiff has provided such information. **See** Filing Nos. 44 and 45 - SEALED. Upon review of the proposed expenses, the reason for the expenses, and the plaintiff's financial affidavit, in accordance with Section 1(b) of Attachment A to the Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee (the Plan)[2], the court approves plaintiff's counsel proposed expenses. Plaintiff's counsel shall adhere to Section 4 of the Plan when seeking reimbursement.

**IT IS ORDERED:**

1. The plaintiff's Motion to Incur Expenses from Federal Practice Fund (Filing No. 38) and amended motion (Filing No. 44) are granted.

2. Plaintiff's counsel is authorized to incur expenses as proposed, not to exceed $5,750 absent further permission from the court.

Dated this 19th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] The document is titled Projected Expense Sheet, although on CM/ECF the document is titled Motion to Incur Expenses from Federal Practice Fund.
[2] http://www.ned.uscourts.gov/attorney/federal-practice-committee