# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE ALAN FRANK,<br><br>        Plaintiff,<br><br>vs.<br><br>TERRY KOTROUS, et al.,<br><br>        Defendants. | 4:14CV3184<br><br>ORDER |

This matter is before the court on the parties' Joint Stipulation for Dismissal of All Claims Against Defendants with Prejudice (Filing No. 54). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 54) is granted and this case is dismissed with prejudice, each party to bear its own costs.

Dated this 12th day of November, 2015.

                                      BY THE COURT:

                                      s/ Thomas D. Thalken
                                      United States Magistrate Judge