# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE ALAN FRANK, <br><br> Plaintiff, <br><br> vs. <br><br> TERRY KOTROUS, Captain, sued in his individual and official capacity; and BILL KUCERA, Sergeant, sued in his individual and official capacity; <br><br> Defendants. | 4:14CV3184 <br><br> ORDER |

This matter is before the Court on the Ex Parte Motion for Reimbursement of Expenses from the Federal Practice Fund (Filing No. 56) filed by Plaintiff's counsel, Douglas H. Partridge. Mr. Partridge filed evidence in support of his Motion (Filing No. 56 at ECF 4-5.)

On May 18, 2015, Magistrate Judge Thomas D. Thalken appointed Mr. Partridge to represent Plaintiff. On August 18, 2015, Judge Thalken granted Plaintiff's request to incur expenses from the Federal Practice Fund, not to exceed $5,750 absent further permission from the Court. (Filing No. 46.) The Court has reviewed Mr. Partridge's Motion and evidence and, pursuant to the guidance in the Federal Practice Fund Plan, concludes the Motion should be granted.

Accordingly,

1. The Ex Parte Motion for Reimbursement of Expenses from the Federal Practice Fund (Filing No. 56), is granted:

2. Douglas H. Partridge is awarded from the Federal Practice Fund $746.51 for expenses incurred in this case; and

3. The Clerk of Court is directed to make arrangements for payment from the Federal Practice Fund, and appropriate bookkeeping entries.

Dated this 18th day of December, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge